CLOSED,DISC−ONLY,JURY

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:11−cv−00267−SAS−KLL

| | |
|---|---|
| Western and Southern Life Insurance Company et al v. Countrywide Financial Corp. et al | Date Filed: 04/27/2011 |
| | Date Terminated: 09/07/2011 |
| Assigned to: Judge S Arthur Spiegel | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Karen L. Litkovitz | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:77 Securities Fraud | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Western and Southern Life Insurance Company** | represented by | **Adam C Sherman** |
| | | Vorys, Sater, Seymour and Pease LLP |
| | | 221 East Fourth St. |
| | | Atrium Two, Suite 2000 |
| | | Cincinnati, OH 45202 |
| | | 513−723−4000 |
| | | Fax: 513−852−8468 |
| | | Email: acsherman@vorys.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Eric Wade Richardson**
Vorys Sater Seymour &Pease − 1
Atrium Two
221 E Fourth Street
Suite 2000
Cincinnati, OH 45201−0236
513−723−4019
Fax: 513−852−7885
Email: ewrichardson@vorys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
Vorys Sater Seymour &Pease − 1
Atrium Two
221 E Fourth Street
Suite 2000
Cincinnati, OH 45201−0236
513−723−4000
Email: gvwhitaker@vorys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
Wollmuth Maher &Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
(212) 382−3300
Fax: (212) 382−0050
Email: acastillo@wmd−law.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
Wollmuth Maher &Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
(212) 382–3300
Fax: (212) 382–0050
Email: dwollmuth@wmd–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
Wollmuth Maher &Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
(212) 382–3300
Fax: (212) 382–0050
Email: sfitzgerald@wmd–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
Wollmuth Maher &Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
(212) 382–3300
Fax: (212) 382–0050
Email: vchang@wmd–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Western–Southern Life Assurance Company**        represented by    **Adam C Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Wade Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Columbus Life Insurance Company**         represented by   **Adam C Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Wade Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Integrity Life Insurance Company**         represented by   **Adam C Sherman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Wade Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Integrity Life Insurance Company**          represented by   **Adam C Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Wade Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Fort Washington Investment Advisors, Inc.**                 represented by   **Adam C Sherman**
*on behalf of*                                                                 (See above for address)
Fort Washington Active Fixed Income, LLC.                                      *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Eric Wade Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Virgil Whitaker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis H Castillo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Wollmuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven S Fitzgerald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent T Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Countrywide Financial Corp.** | represented by | **Charles Joseph Faruki** |

Faruki Ireland &Cox PLL – 3
500 Courthouse Plaza, SW
10 N Ludlow Street
Dayton, OH 45402–1818
937–227–3705
Fax: 937–227–3705
Email: cfaruki@ficlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
Strauss &Troy – 1
The Federal Reserve Building
150 E Fourth Street
4th Floor
Cincinnati, OH 45202–4018
513–621–2120
Fax: 513–629–9426
Email: rswayne@strausstroy.com
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
Strauss &Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202
513–621–2120
Fax: 513–241–8259
Email: WPColey@strausstroy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570–1000
Fax: (617) 523–1231
Email: bdevine@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570–1000
Fax: (617) 523–1231

Email: bpastuszenski@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617–570–1359
Fax: 617–523–1231
Email: cbullerjahn@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570–1000
Fax: (617) 523–1231
Email: ifriedmanboyce@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752–3146
Fax: (650) 853–1038
Email: lwinawer@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**                    represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Countrywide Capital Markets LLC.**              represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Countrywide Securities Corp.** | represented by | **Charles Joseph Faruki** |

(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWALT, Inc.**                              represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWABS, Inc.**                              represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWMBS, Inc.**                               represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWHEQ, Inc.**                        represented by   **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline H Bullerjahn**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America Corp.**                    represented by **Ashner L Rivner**
O'Melveny &Myers LLP
7 Times Square
New York, NY 10036
(212) 728–2000
Fax: (212) 326–2061
Email: arivner@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
O'Melveny &Myers LLP
7 Times Square
New York, NY 10036
(212) 408–2409
Fax: (212) 326–2061
Email: jrosenberg@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J Sushon**
O'Melveny &Myers LLP
7 Times Square
New York, NY 10036
(212) 728–5693
Email: wsushon@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BAC Home Loans Servicing, LP**  represented by  **Ashner L Rivner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J Sushon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NB Holdings Corp.**  represented by  **Richard Stuart Wayne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashner L Rivner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J Sushon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Angelo Mozilo** represented by **Laura A Hinegardner**
Katz Teller Brant &Hild
2400 Chemed Center
255 East 5th Street
Cincinnati, OH 45202
513–977–3484
Fax: 513–762–0048
Email: lhinegardner@katzteller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Alexander Pitcairn , Jr**
Katz, Teller, Brant &Hild – 1
255 E 5th Street
Suite 2400
Cincinnati, OH 45202
513–977–3477
Fax: 513–762–0077
Email: rpitcairn@katzteller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J Fletcher**
Irell &Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067–4276
(310) 203–7032
Fax: (310) 203–7199
Email: afletcher@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allison L Libeu**
Irell &Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
(949) 760–5287
Fax: (949) 760–5200
Email: alibeu@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alvin M Ashley**
Irell &Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
(949) 760–5274
Fax: (949) 760–5200
Email: mashley@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Siegel**
Irell &Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067–4276
(310) 203–7129
Fax: (310) 203–7199
Email: dsiegel@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Sambol**                                    represented by   **Mark John Ruehlmann**
Squire Sanders Dempsey, LLP
221 E. Fourth Street
Suite 2900
Cincinnati, OH 45202
513–361–1200
Fax: 513–361–1210
Email: mruehlmann@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pierre H Bergeron**
Squire Sanders &Dempsey (US) LLP
221 East Fourth Street
Suite 2900
Cincinnati, OH 45202
513–361–1200
Email: pbergeron@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank M Scaduto**
Orrick Herrington &Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773–5457
Fax: (415) 773–5759
Email: fscaduto@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D Torpey**
Orrick Herrington &Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415–773–5932
Fax: 415–773–5759
Email: mtorpey@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C Tu**
Orrick Herrington &Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
(213) 612–2433
Fax: (213) 612–2499
Email: mtu@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Alan Amicone , II**
Squire Sanders &Dempsey (US) LLP
221 E. Fourth St.
Suite 2900
Cincinnati, OH 45202
513–361–1200
Fax: 513–361–1201
Email: ramicone@ssd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Sieracki**

**Defendant**

**Ranjit Kripalani**                    represented by   **W Stuart Dornette**
Taft Stettinius &Hollister – 1
425 Walnut Street
Suite 1800
Cincinnati, OH 45202–3957
513–357–9367
Fax: 513–381–2838
Email: dornette@taftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Charles McNeely**
Taft Stettinius &Hollister
425 Walnut Street
Suite 1800
Cincinnati, OH 45202
513/381–2838
Email: amcneely@taftlaw.com
*ATTORNEY TO BE NOTICED*

**Gregory Gordon Lockhart**
TAFT STETTINIUS &HOLLISTER LLP
40 North Main Street
Suite 1700
Dayton, OH 45423
937–228–2838
Fax: 937–228–2816

Email: glockhart@taftlaw.com
*ATTORNEY TO BE NOTICED*

**Jenifer Q Doan**
Paul Hastings, Janofsky &Walker LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071
(213) 683–6184
Fax: (213) 996–3184
Email: JeniferDoan@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua G Hamilton**
Paul Hastings, Janofsky &Walker LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071
(213) 683–6186
Fax: (213) 996–3186
Email: joshuahamilton@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William F Sullivan**
Paul Hastings, Janofsky &Walker LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071
(213) 683–6252
Fax: (213) 996–3252
Email: williamsullivan@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford Kurland**                represented by **Victoria E Powers**
Schottenstein Zox &Dunn
250 West Street
Suite 700
Columbus, OH 43215
614–462–5010
Fax: 614–222–3478
Email: vpowers@szd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher G Caldwell**
Caldwell Leslie &Proctor, PC
1000 Wilshire Boulevard
Suite 600
Los Angeles, CA 90017
(213) 629–9040

Fax: (213) 629−9022
Email: caldwell@caldwell−leslie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C Codell**
Caldwell Leslie &Proctor, PC
1000 Wilshire Boulevard
Suite 600
Los Angeles, CA 90017
(213) 629−9040
Fax: (213) 629−9022
Email: codell@caldwell−leslie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David A. Spector**                  represented by  **Christopher D Cathey**
Ulmer &Berne LLP − 1
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, OH 45202−2409
513−698.5026
Fax: 513−698−5027
Email: ccathey@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse R Lipcius**
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513−698−5032
Fax: 513−698−5033
Email: jlipcius@ulmer.com
*ATTORNEY TO BE NOTICED*

**Leiv H. Blad , Jr.**
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006−1806
202−373−6564
Fax: 202−373−6001
Email: leiv.blad@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**N. Joshua Adler**                  represented by  **Charles Joseph Faruki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
(See above for address)
*TERMINATED: 06/29/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Coley , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Jennifer Sandefur**                    represented by   **W Stuart Dornette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Charles McNeely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Gordon Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenifer Q Doan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua G Hamilton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

William F Sullivan
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2011 | ï | Filing fee: $ 350.00, receipt number 100CIN011540 (lk) (Entered: 04/27/2011) |
| 04/27/2011 | ï | Pursuant to General Order of Assignment and Reference filed on February 23, 2011, Magistrate Judge Karen L. Litkovitz added for purposes of discovery (lk) (Entered: 04/27/2011) |
| 04/27/2011 | ï 1 | COMPLAINT with JURY DEMAND against All Defendants, filed by all Plaintiffs. (Attachments: #1 Exhibits A–EE, #2 Civil Cover Sheet, #3 Filing Fee Receipt) (lk) (Entered: 04/27/2011) |
| 04/27/2011 | ï 2 | Corporate Disclosure Statement by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Attachments: #1 Corporate Disclosure Fort Washington, #2 Corporate Disclosure Fort Washington Active Fixed Income, LLC, #3 Corporate Disclosure Statement Integrity Life Insurance Company, #4 Corporate Disclosure Statement National Integrity Life Insurance Company, #5 Corporate Disclosure Statement Western–Southern Life Assurance Company, #6 Corporate Disclosure Statement Western and Southern Life Insurance Company) (lk) (Entered: 04/27/2011) |
| 05/11/2011 | ï 3 | Summons Issued as to N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., and Countrywide Securities Corp. (mr) (Entered: 05/11/2011) |
| 05/12/2011 | ï 4 | *** FORMER DN 4 *** AFFIDAVIT of Service for Summons and Complaint served on BAC Home Loans Servicing, LP on 05/05/2011, filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Sherman, Adam) Modified to remove PDF and edit text on 5/13/2011 (mr). (Entered: 05/12/2011) |
| 05/12/2011 | ï 5 | *** FORMER DN 5 *** AFFIDAVIT of Service for Summons and Complaint served on Bank of America Corporation on 05/05/2011, filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Sherman, Adam) Modified to remove PDF and edit text on 5/13/2011 (mr). (Entered: 05/12/2011) |
| 05/12/2011 | ï 6 | *** FORMER DN 6 *** AFFIDAVIT of Service for Summons and Complaint served on NB Holdings Corporation on 05/05/2011, filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Sherman, Adam) Modified to remove PDF and edit text on 5/13/2011 (mr). (Entered: 05/12/2011) |
| 05/13/2011 | ï | Notice of Correction re: FORMER DN 4 Affidavit of Service, FORMER DN 5 Affidavit of Service, FORMER DN 6 Affidavit of Service. PDFs have been removed. Counsel has been contacted and will re–file the documents with Civil Events/Initial Pleadings and Service/Service of Process/Summons Returned Executed with the date served and to establish the answer due |

| | | date. (mr) (Entered: 05/13/2011) |
|---|---|---|
| 05/13/2011 | Ï 7 | SUMMONS Returned Executed as to Defendant BAC Home Loans Servicing, LP. BAC Home Loans Servicing, LP served on 5/5/2011, answer due 5/26/2011. (Sherman, Adam) (Entered: 05/13/2011) |
| 05/13/2011 | Ï 8 | SUMMONS Returned Executed as to Defendant Bank of America Corp.. Bank of America Corp. served on 5/5/2011, answer due 5/26/2011. (Sherman, Adam) (Entered: 05/13/2011) |
| 05/13/2011 | Ï 9 | SUMMONS Returned Executed as to Defendant NB Holdings Corp.. NB Holdings Corp. served on 5/5/2011, answer due 5/26/2011. (Sherman, Adam) (Entered: 05/13/2011) |
| 05/16/2011 | Ï 10 | SUMMONS Returned Executed as to Defendant David A. Spector. David A. Spector served on 5/5/2011, answer due 5/26/2011. (Sherman, Adam) (Entered: 05/16/2011) |
| 05/17/2011 | Ï 11 | SUMMONS Returned Executed as to Defendant Countrywide Financial Corp.. Countrywide Financial Corp. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/17/2011 | Ï 12 | SUMMONS Returned Executed as to Defendant CWALT, Inc.. CWALT, Inc. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/17/2011 | Ï 13 | SUMMONS Returned Executed as to Defendant Countrywide Home Loans, Inc.. Countrywide Home Loans, Inc. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/17/2011 | Ï 14 | SUMMONS Returned Executed as to Defendant CWHEQ, Inc.. CWHEQ, Inc. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/17/2011 | Ï 15 | SUMMONS Returned Executed as to Defendant CWABS, Inc.. CWABS, Inc. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/17/2011 | Ï 16 | SUMMONS Returned Executed as to Defendant CWMBS, Inc.. CWMBS, Inc. served on 5/12/2011, answer due 6/2/2011. (Sherman, Adam) (Entered: 05/17/2011) |
| 05/24/2011 | Ï 17 | SUMMONS Returned Executed as to Defendant Countrywide Securities Corp.. Countrywide Securities Corp. served on 5/13/2011, answer due 6/3/2011. (Sherman, Adam) (Entered: 05/24/2011) |
| 05/24/2011 | Ï 18 | SUMMONS Returned Executed as to Defendant Countrywide Capital Markets LLC.. Countrywide Capital Markets LLC. served on 5/13/2011, answer due 6/3/2011. (Sherman, Adam) (Entered: 05/24/2011) |
| 05/24/2011 | Ï 19 | SUMMONS Returned Executed as to Defendant N. Joshua Adler. N. Joshua Adler served on 5/16/2011, answer due 6/6/2011. (Sherman, Adam) (Entered: 05/24/2011) |
| 05/25/2011 | Ï | Remark – received service copy of a Motion to Centralize Securities Actions in the Central District of California pursuant to 28 USC Section 1407 dated 5/23/2011, which is being submitted by Countrywide Financial Corporation to the Judicial Panel on Multidistrict Litigation for consideration. Countrywide Defendants are represented in the motion by attorney Brian Pastuszenski of the law firm Goodwin Proctor LLP of Boston, MA. (km1) (Entered: 05/25/2011) |
| 05/31/2011 | Ï 20 | WAIVER OF SERVICE Returned Executed. Waiver sent to Stanford Kurland on 5/2/2011, answer due 7/1/2011. (Sherman, Adam) (Entered: 05/31/2011) |
| 05/31/2011 | Ï 21 | WAIVER OF SERVICE Returned Executed. Waiver sent to Eric Sieracki on 5/2/2011, answer due 7/1/2011. (Sherman, Adam) (Entered: 05/31/2011) |
| 05/31/2011 | Ï 22 | |

| | | |
|---|---|---|
| | | WAIVER OF SERVICE Returned Executed. Waiver sent to Angelo Mozilo on 4/28/2011, answer due 6/27/2011. (Sherman, Adam) (Entered: 05/31/2011) |
| 05/31/2011 | Ï 23 | WAIVER OF SERVICE Returned Executed. Waiver sent to Ranjit Kripalani on 5/2/2011, answer due 7/1/2011. (Sherman, Adam) Modified to correct PDF on 6/2/2011 (sct1). (Entered: 05/31/2011) |
| 05/31/2011 | Ï 24 | WAIVER OF SERVICE Returned Executed. Waiver sent to Jennifer Sandefur on 5/2/2011, answer due 7/1/2011. (Sherman, Adam) (Entered: 05/31/2011) |
| 05/31/2011 | Ï 25 | WAIVER OF SERVICE Returned Executed. Waiver sent to David Sambol on 5/2/2011, answer due 7/1/2011. (Sherman, Adam) (Entered: 05/31/2011) |
| 06/01/2011 | Ï 26 | Unopposed MOTION for Extension of Time New date requested 6/16/2011. by Defendant David A. Spector. (Lipcius, Jesse) (Entered: 06/01/2011) |
| 06/02/2011 | Ï | Notice of Correction re 23 Waiver of Service Executed: PDF was submitted upside down. Clerk corrected docket entry by replacing with correct PDF. (sct1) (Entered: 06/02/2011) |
| 06/02/2011 | Ï 27 | ORDER granting 26 Motion for Extension of Time to respond, move or otherwise plead re 1 Complaint up to and including June 16, 2011. Signed by Judge S Arthur Spiegel on 6/2/11. (mr) (Entered: 06/02/2011) |
| 06/02/2011 | Ï | Set/Reset Deadlines: Per 27 Order: David A. Spector answer due 6/16/2011. (mr) (Entered: 06/02/2011) |
| 06/06/2011 | Ï 28 | MOTION for Leave to Appear Pro Hac Vice of David H. Wollmuth (Filing fee $ 200, receipt number 0648−3187460) by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western−Southern Life Assurance Company. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (Sherman, Adam) (Entered: 06/06/2011) |
| 06/06/2011 | Ï 29 | MOTION for Leave to Appear Pro Hac Vice of Steven S. Fitzgerald (Filing fee $ 200, receipt number 0648−3187494) by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western−Southern Life Assurance Company. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (Sherman, Adam) (Entered: 06/06/2011) |
| 06/06/2011 | Ï 30 | MOTION for Leave to Appear Pro Hac Vice of Vincent T. Chang (Filing fee $ 200, receipt number 0648−3187528) by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western−Southern Life Assurance Company. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (Sherman, Adam) (Entered: 06/06/2011) |
| 06/06/2011 | Ï 31 | MOTION for Leave to Appear Pro Hac Vice of Alexis H. Castillo (Filing fee $ 200, receipt number 0648−3187541) by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western−Southern Life Assurance Company. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (Sherman, Adam) (Entered: 06/06/2011) |
| 06/07/2011 | Ï 32 | ORDER granting 28 Motion for Leave to Appear Pro Hac Vice of David H. Wollmuth; granting 29 Motion for Leave to Appear Pro Hac Vice of Steven S. Fitzgerald; granting 30 Motion for Leave to Appear Pro Hac Vice of Vincent T. Chang; granting 31 Motion for Leave to Appear |

| | | |
|---|---|---|
| | | Pro Hac Vice of Alexis H. Castillo. Signed by Judge S Arthur Spiegel on 6/7/11. (lk) (Entered: 06/07/2011) |
| 06/08/2011 | Ï 33 | Unopposed MOTION Establish Briefing Schedule *and Supporting Memorandum* by Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Wayne, Richard) (Entered: 06/08/2011) |
| 06/09/2011 | Ï 34 | NOTICE of Appearance by Victoria E Powers for Defendant Stanford Kurland (Powers, Victoria) (Entered: 06/09/2011) |
| 06/09/2011 | Ï 35 | SCHEDULING ORDER granting 33 Motion to Establish Briefing Schedule and Supporting Memorandum. The following briefing schedule shall be as follows: Motion to Transfer:(1) Defendant shall file any motion to transfer this action to the Central District of California on or before 6/16/11; (2) Plaintiffs shall file any memorandum of law in opposition to the Transfer Motion on or before 6/30/11; (3) Defendants shall file their reply memoranda in support of the transfer motion on or before 7/12/11. Motion to Dismiss: (1) Defendants shall have up to and including 8/26/11 to answer, move, or otherwise respond to the Complaint; (2) Plaintiffs shall file their memorandum of law in opposition to the motion to dismiss on or before 10/14/11; (3) Defendants shall file their reply memoranda in further support of their motion to dismiss on or before 11/7/11. Signed by Judge S Arthur Spiegel on 6/9/11. (lk) Modified on 6/9/2011 (lk). (Entered: 06/09/2011) |
| 06/10/2011 | Ï | Reset Deadlines: BAC Home Loans Servicing, LP answer due 8/26/2011; Bank of America Corp. answer due 8/26/2011; NB Holdings Corp. answer due 8/26/2011. (lk) (Entered: 06/10/2011) |
| 06/11/2011 | Ï 36 | NOTICE of Appearance by Robert Alexander Pitcairn, Jr for Defendant Angelo Mozilo (Pitcairn, Robert) (Entered: 06/11/2011) |
| 06/11/2011 | Ï 37 | MOTION for Extension of Time New date requested 8/26/2011. by Defendant Angelo Mozilo. (Pitcairn, Robert) (Entered: 06/11/2011) |
| 06/11/2011 | Ï 38 | NOTICE of Appearance by Laura A Hinegardner for Defendant Angelo Mozilo (Hinegardner, Laura) (Entered: 06/11/2011) |
| 06/13/2011 | Ï 39 | NOTICE of Appearance by W Stuart Dornette for Defendants Ranjit Kripalani, Jennifer Sandefur (Dornette, W) (Entered: 06/13/2011) |
| 06/13/2011 | Ï 40 | NOTICE of Appearance by Gregory Gordon Lockhart for Defendants Ranjit Kripalani, Jennifer Sandefur (Lockhart, Gregory) (Entered: 06/13/2011) |
| 06/13/2011 | Ï 41 | NOTICE of Appearance by Adam Charles McNeely for Defendants Ranjit Kripalani, Jennifer Sandefur (McNeely, Adam) (Entered: 06/13/2011) |
| 06/15/2011 | Ï 42 | MOTION for Leave to Appear Pro Hac Vice of David C. Codell (Filing fee $ 200) by Defendant Stanford Kurland. (Attachments: # 1 Exhibit 1 – Certificate of Good Standing) (Powers, Victoria) (Entered: 06/15/2011) |
| 06/15/2011 | Ï 43 | MOTION for Leave to Appear Pro Hac Vice of Christopher G. Caldwell (Filing fee $ 200) by Defendant Stanford Kurland. (Attachments: # 1 Exhibit 1 – Certificate of Good Standing) (Powers, Victoria) (Entered: 06/15/2011) |
| 06/15/2011 | Ï 44 | MOTION for Leave to Appear Pro Hac Vice of Adam J. Fletcher (Filing fee $ 200) by Defendant Angelo Mozilo. (Pitcairn, Robert) (Entered: 06/15/2011) |
| 06/15/2011 | Ï 45 | MOTION for Leave to Appear Pro Hac Vice of David Siegel (Filing fee $ 200) by Defendant Angelo Mozilo. (Pitcairn, Robert) (Entered: 06/15/2011) |

| 06/15/2011 | Ï 46 | MOTION for Leave to Appear Pro Hac Vice of Alvin Matthew Ashley (Filing fee $ 200) by Defendant Angelo Mozilo. (Pitcairn, Robert) (Entered: 06/15/2011) |
|---|---|---|
| 06/15/2011 | Ï 47 | MOTION for Leave to Appear Pro Hac Vice of Allison L. Libeu (Filing fee $ 200) by Defendant Angelo Mozilo. (Pitcairn, Robert) (Entered: 06/15/2011) |
| 06/16/2011 | Ï 48 | NOTICE of Appearance by William Patrick Coley, II for Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Coley, William) (Entered: 06/16/2011) |
| 06/16/2011 | Ï | PHV fee received re Motions for Admission Pro Hac Vice of 44 Adam Fletcher, 45 David Siegel, 46 Alivn Ashley Matthew and 47 Allison L. Libeu. $ 800.00, receipt number 100CIN012067 (lk) Modified to clarify docket text on 6/17/2011 (mtw). (Entered: 06/16/2011) |
| 06/16/2011 | Ï | Filing fee for 42 and 43 Motions for PHV: $ 400.00, receipt number 100CIN012072. (sct1) (Entered: 06/16/2011) |
| 06/16/2011 | Ï 49 | MOTION to Change Venue by Defendants Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., CWALT, Inc., CWABS, Inc., CWMBS, Inc., CWHEQ, Inc. and N. Joshua Adler. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Paul Liu, # 3 Declaration of Inez Friedman–Boyce, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M–Part 1, # 17 Exhibit M–Part 2, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, # 23 Exhibit S) (sb1) (Entered: 06/16/2011) |
| 06/16/2011 | Ï 50 | NOTICE by Defendant Stanford Kurland re 49 MOTION to Change Venue *NOTICE OF JOINDER OF DEFENDANT STANFORD KURLAND IN THE COUNTRYWIDE DEFENDANTS MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)* (Powers, Victoria) (Entered: 06/16/2011) |
| 06/16/2011 | Ï 51 | MOTION to transfer venue AND Joinder in 53 Motion to Transfer Venue of Countrywide Defendants by Defendant David A. Spector. (Lipcius, Jesse) Modified Docket Text to Clarify on 7/12/2011 (km1). (Entered: 06/16/2011) |
| 06/16/2011 | Ï 52 | NOTICE OF JOINDER in Motion re 49 MOTION to Transfer by the Countrywide Defendants filed by Defendant David Sambol. (Amicone, Robert) Modified Docket Text to Clarify on 6/20/2011 (km1). (Entered: 06/16/2011) |
| 06/16/2011 | Ï 53 | MOTION Transfer by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Coley, William) (Entered: 06/16/2011) |
| 06/16/2011 | Ï 54 | Memorandum of Law in Support of 53 MOTION to Transfer by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. (Attachment: # 1 Appendix A) (Coley, William) Modified to clarify docket text on 6/17/2011 (mtw). (Entered: 06/16/2011) |
| 06/16/2011 | Ï 55 | NOTICE OF JOINDER in Motion re 53 Countrywide Defendants' Motion to Transfer Venue by Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Attachments: # 1 Exhibit 1) (Coley, William) Modified Docket Text to Clarify on 6/20/2011 (km1). (Entered: 06/16/2011) |
| 06/16/2011 | Ï 56 | Supplemental Memorandum Supporting re 53 MOTION Transfer by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital |

| | | |
|---|---|---|
| | | Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M Part 1, # 14 Exhibit M Part 2, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Affidavit Paul T. Liu, # 22 Affidavit Friedman−Boyce) (Coley, William) (Entered: 06/17/2011) |
| 06/17/2011 | ï | Notice of Correction re: 54 Memorandum of Law in Support of 53 MOTION to Transfer by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.: This document was incorrectly filed as a motion. Clerk notified counsel, corrected the docket text to show that it was a memorandum, not a motion, then terminated the motion that was created by the filing. (mtw) (Entered: 06/17/2011) |
| 06/17/2011 | ï 57 | NOTICE of Appearance by Mark John Ruehlmann for Defendant David Sambol (Ruehlmann, Mark) (Entered: 06/17/2011) |
| 06/17/2011 | ï 58 | NOTICE of Appearance by Pierre H Bergeron for Defendant David Sambol (Bergeron, Pierre) (Entered: 06/17/2011) |
| 06/17/2011 | ï 59 | NOTICE of Appearance by Robert Alan Amicone, II for Defendant David Sambol (Amicone, Robert) (Entered: 06/17/2011) |
| 06/20/2011 | ï 60 | NOTICE by Defendant David Sambol re 57 Notice of Appearance *Certificate of Service* (Ruehlmann, Mark) (Entered: 06/20/2011) |
| 06/20/2011 | ï 61 | NOTICE by Defendant David Sambol re 58 Notice of Appearance *Certificate of Service* (Bergeron, Pierre) (Entered: 06/20/2011) |
| 06/20/2011 | ï 62 | NOTICE by Defendant David Sambol re 59 Notice of Appearance *Certificate of Service* (Amicone, Robert) (Entered: 06/20/2011) |
| 06/20/2011 | ï 63 | MOTION for Leave to Appear Pro Hac Vice of William J. Sushon (Filing fee $ 200) by Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Coley, William) (Entered: 06/20/2011) |
| 06/20/2011 | ï 64 | MOTION for Leave to Appear Pro Hac Vice of Jonathan Rosenberg (Filing fee $ 200) by Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Coley, William) (Entered: 06/20/2011) |
| 06/21/2011 | ï 65 | ORDER granting 37 Individual Defendants' Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint. Consistent with the briefing schedule set in the Court's Order of 6/9/2011 35 , Defendants Angelo Mozilo, David Sambol, Stanford Kurland, David A Spector, Eric Sieracki, Ranjit Kripalani and Jennifer Sandefur have up to and including 8/26/2011 to move, answer or otherwise respond to the Complaint. In the event these individual Defendants move to dismiss the Complaint, Plaintiffs shall file their memorandum in opposition to the motion on or before 10/14/2011. The individual Defendants shall file their reply memoranda in further support of their motion to dismiss on or before 11/7/2011. Signed by Judge S Arthur Spiegel on 6/21/2011. (km1) (Entered: 06/21/2011) |
| 06/21/2011 | ï | Set Deadlines/Hearings: Ranjit Kripalani answer due 8/26/2011; Stanford Kurland answer due 8/26/2011; David Sambol answer due 8/26/2011; Jennifer Sandefur answer due 8/26/2011; Eric Sieracki answer due 8/26/2011; David A. Spector answer due 8/26/2011. (km1) (Entered: 06/21/2011) |
| 06/21/2011 | ï 66 | ORDER granting 42 Motion for Leave to Appear Pro Hac Vice of David C Codell; granting 43 Motion for Leave to Appear Pro Hac Vice of Christopher G Caldwell. Signed by Judge S Arthur |

| | | Spiegel on 6/21/2011. (km1) (Entered: 06/21/2011) |
|---|---|---|
| 06/21/2011 | Ï 67 | ORDER granting 44 Motion for Leave to Appear Pro Hac Vice of Adam J Fletcher; granting 45 Motion for Leave to Appear Pro Hac Vice of David Siegel; granting 46 Motion for Leave to Appear Pro Hac Vice of Alvin Matthew Ashley; granting 47 Motion for Leave to Appear Pro Hac Vice of Allison L Libeu. Signed by Judge S Arthur Spiegel on 6/21/2011. (km1) (Entered: 06/21/2011) |
| 06/22/2011 | Ï | Set Deadlines/Hearings: Angelo Mozilo answer due 8/26/2011. (km1) (Entered: 06/22/2011) |
| 06/22/2011 | Ï | PHV (Jonathan Rosenberg and William Sushon) Filing fee: $ 400.00, receipt number 100CIN012108 (lk) (Entered: 06/22/2011) |
| 06/23/2011 | Ï 68 | ORDER granting 63 Motion for Leave to Appear Pro Hac Vice of William J. Sushon; granting 64 Motion for Leave to Appear Pro Hac Vice of Jonathan Rosenberg. Signed by Judge S Arthur Spiegel on 6/23/2011. (km1) (Entered: 06/23/2011) |
| 06/29/2011 | Ï 69 | NOTICE by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. *of Substitution of Trial Counsel* (Faruki, Charles) (Entered: 06/29/2011) |
| 06/29/2011 | Ï 70 | MOTION for Leave to Appear Pro Hac Vice of Brian E. Pastuszenski (Filing fee $ 200, receipt number 0648–3224239) by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Faruki, Charles) (Entered: 06/29/2011) |
| 06/29/2011 | Ï 71 | MOTION for Leave to Appear Pro Hac Vice of Inez H. Friedman–Boyce (Filing fee $ 200, receipt number 0648–3224306) by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Faruki, Charles) (Entered: 06/29/2011) |
| 06/29/2011 | Ï 72 | MOTION for Leave to Appear Pro Hac Vice of Brian C. Devine (Filing fee $ 200, receipt number 0648–3224330) by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Faruki, Charles) (Entered: 06/29/2011) |
| 06/29/2011 | Ï 73 | NOTICE OF WITHDRAWAL OF DOCUMENT by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. *[Doc. No. 49]* (Faruki, Charles) (Entered: 06/29/2011) |
| 06/30/2011 | Ï 74 | ORDER granting 70 Motion for Leave to Appear Pro Hac Vice of Brian E Pastuszenski; granting 71 Motion for Leave to Appear Pro Hac Vice of Inez H Friedman–Boyce; granting 72 Motion for Leave to Appear Pro Hac Vice of Brian C Devine. Signed by Judge S Arthur Spiegel on 6/30/2011. (km1) (Entered: 06/30/2011) |
| 06/30/2011 | Ï 75 | RESPONSE in Opposition re 53 54 56 MOTION to Transfer Venue of Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Fitzgerald, Steven) Modified Docket Text to Clarify on 7/1/2011 (km1). (Entered: |

| 06/30/2011 | Ϊ 76 | AFFIDAVIT in Opposition re e 53 54 56 MOTION to Transfer Venue of Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9) (Fitzgerald, Steven) Modified Docket Text to Clarify on 7/1/2011 (km1). (Entered: 06/30/2011) |
| 06/30/2011 | Ϊ 77 | AFFIDAVIT in Opposition re 53 54 56 MOTION to Transfer Venue of Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., filed by Plaintiffs Columbus Life Insurance Company, Fort Washington Investment Advisors, Inc., Integrity Life Insurance Company, National Integrity Life Insurance Company, Western and Southern Life Insurance Company, Western–Southern Life Assurance Company. (Fitzgerald, Steven) Modified to Clarify Docket Text on 7/1/2011 (km1). (Entered: 06/30/2011) |
| 07/01/2011 | Ϊ 78 | NOTICE OF AMENDMENT by Defendant Stanford Kurland re 50 Notice of Joinder to 53 MOTION to Transfer Venue of Countrywide Defendants (Powers, Victoria) Modified Docket Text to Clarify on 7/1/2011 (km1). (Entered: 07/01/2011) |
| 07/01/2011 | Ϊ 79 | MOTION for Leave to Appear Pro Hac Vice of Lloyd Winawer (Filing fee $ 200, receipt number 0648–3227774) by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A) (Faruki, Charles) (Entered: 07/01/2011) |
| 07/05/2011 | Ϊ 80 | ORDER re 79 MOTION for Leave to Appear Pro Hac Vice of Lloyd Winawer. Pursuant to Local Rule 83.3(e), trial counsel is Ordered to provide a certificate of good standing of Attorney Lloyd Winawer to the Court which meets the requirements of the local rule within 20 days of the date of this Order. Failure to do so will result in the Court denying the motion for admission pro hac vice without prejudice to refiling. Response due by 7/25/2011. Signed by Judge S Arthur Spiegel on 7/5/2011. (km1) (Entered: 07/05/2011) |
| 07/12/2011 | Ϊ 81 | MOTION for Leave to Appear Pro Hac Vice of Frank M. Scaduto (Filing fee $ 200) by Defendant David Sambol. (Bergeron, Pierre) (Entered: 07/12/2011) |
| 07/12/2011 | Ϊ 82 | MOTION for Leave to Appear Pro Hac Vice of Michael D. Torpey (Filing fee $ 200) by Defendant David Sambol. (Bergeron, Pierre) (Entered: 07/12/2011) |
| 07/12/2011 | Ϊ 83 | MOTION for Leave to Appear Pro Hac Vice of Michael C. Tu (Filing fee $ 200) by Defendant David Sambol. (Bergeron, Pierre) (Entered: 07/12/2011) |
| 07/12/2011 | Ϊ 84 | NOTICE OF AMENDMENT by Defendant David A. Spector re 51 Notice of Joinder to 53 MOTION to Transfer Venue of Countrywide Defendants. (Lipcius, Jesse) Modified Docket Text to Clarify on 7/12/2011 (km1). (Entered: 07/12/2011) |
| 07/12/2011 | Ϊ | PHV (Michael D. Torpey, Michael C. Tu, Frank M. Scaduto) Filing fee: $ 600.00, receipt number 100CIN012309 (lk) (Entered: 07/12/2011) |
| 07/12/2011 | Ϊ 85 | MOTION for Leave to Appear Pro Hac Vice of Leiv H. Blad, Jr. (Filing fee $ 200) by Defendant David A. Spector. (Attachments: # 1 Exhibit A) (Lipcius, Jesse) (Entered: |

| | | 07/12/2011) |
|---|---|---|
| 07/12/2011 | Ï 86 | REPLY to Response to Motion re 53 MOTION Transfer *(Reply Memorandum of Law in Support of Countrywide Defendants' Motion to Transfer Venue to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)* filed by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Supplemental Declaration of Inez H. Friedman–Boyce, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Pastuszenski, Brian) (Entered: 07/12/2011) |
| 07/12/2011 | Ï 87 | NOTICE OF JOINDER by Defendant David A. Spector re 86 Reply to Response to Motion of Countrywide Defendants re 53 Motion to Transfer Venue. (Lipcius, Jesse) Modified Docket Text to Clarify on 7/13/2011 (km1). (Entered: 07/12/2011) |
| 07/13/2011 | Ï 88 | NOTICE of Hearing on Motion 53 MOTION to Transfer Venue of Countrywide Defendants: Oral Arguments set for 8/10/2011 10:30 AM in Courtroom 842 before Judge S Arthur Spiegel. (km1) (Entered: 07/13/2011) |
| 07/13/2011 | Ï 89 | ORDER granting 81 Motion for Leave to Appear Pro Hac Vice of Frank M Scaduto; granting 82 Motion for Leave to Appear Pro Hac Vice of Michael D Torpey; granting 83 Motion for Leave to Appear Pro Hac Vice of Michael C Tu. Signed by Judge S Arthur Spiegel on 7/13/2011. (km1) (Entered: 07/13/2011) |
| 07/18/2011 | Ï 90 | NOTICE by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. re 80 Order, Set Deadlines,, *of Filing of Certificate of Good Standing of Lloyd Winawer* (Attachments: # 1 Exhibit A) (Faruki, Charles) (Entered: 07/18/2011) |
| 07/18/2011 | Ï | PHV (Leiv Blad, Jr.) Filing fee: $ 200.00, receipt number 100CIN012363 (lk1) (Entered: 07/18/2011) |
| 07/19/2011 | Ï 91 | MOTION for Leave to Appear Pro Hac Vice of Caroline H. Bullerjahn (Filing fee $ 200, receipt number 0648–3251232) by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A) (Faruki, Charles) (Entered: 07/19/2011) |
| 07/19/2011 | Ï 92 | ORDER granting 85 Motion for Leave to Appear Pro Hac Vice of Leiv H Blad Jr. Signed by Judge S Arthur Spiegel on 7/19/2011. (km1) (Entered: 07/19/2011) |
| 07/19/2011 | Ï 93 | ORDER granting 79 Motion for Leave to Appear Pro Hac Vice of Lloyd Winawer. Signed by Judge S Arthur Spiegel on 7/19/2011. (km1) (Entered: 07/19/2011) |
| 07/19/2011 | Ï 94 | ORDER granting 91 Motion for Leave to Appear Pro Hac Vice of Caroline H Bullerjahn. Signed by Judge S Arthur Spiegel on 7/19/2011. (km1) (Entered: 07/19/2011) |
| 07/26/2011 | Ï 95 | MOTION for Leave to Appear Pro Hac Vice of Joshua G. Hamilton, William F. Sullivan and Jenifer Q. Doan (Filing fee $ 600, receipt number 0648–3261835) by Defendants Ranjit Kripalani, Jennifer Sandefur. (Dornette, W) (Entered: 07/26/2011) |
| 08/02/2011 | Ï 96 | ORDER granting 95 Motion for Leave to Appear Pro Hac Vice of Joshua G. Hamilton, William F. Sullivan and Jenifer Q. Doan. Signed by Judge S Arthur Spiegel on 8/2/2011. (km1) (Entered: 08/02/2011) |
| 08/03/2011 | Ï | Motions Not Referred to Magistrate Judge: 53 MOTION Transfer, 51 MOTION transfer venue. (art) (Entered: 08/03/2011) |

| 08/08/2011 | Ï 97 | MOTION for Leave to Appear Pro Hac Vice of Asher L. Rivner (Filing fee $ 200) by Defendants BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Coley, William) (Entered: 08/08/2011) |
| --- | --- | --- |
| 08/10/2011 | Ï | PHV (Asher L. Rivner) Filing fee: $ 200.00, receipt number 100CIN012544 (lk) (Entered: 08/10/2011) |
| 08/10/2011 | Ï | Minute Entry for proceedings held before Judge S Arthur Spiegel: Motion Hearing held on 8/10/2011 re 53 MOTION to Transfer Venue. Counsel for parties present. Arguments heard. Matters taken under advisement; written Opinion to follow. Upon request of Defendants, the Court Orders in open Court that the answer date for Defendants is hereby extended an additional two weeks to 9/9/2011. (Court Reporter Luke Lavin (Official).) (km1) Modified to correct docket text on 8/10/2011 (km1). (Entered: 08/10/2011) |
| 08/10/2011 | Ï | Notice of Correction re: Minute Entry for Motion Hearing held 8/10/2011. Docket text modified to add information on extended answer date to 9/9/2011 as Ordered by the Court during the hearing. (km1) (Entered: 08/10/2011) |
| 08/10/2011 | Ï 98 | ORDER granting 97 Motion for Leave to Appear Pro Hac Vice of Asher L Rivner. Signed by Judge S Arthur Spiegel on 8/10/2011. (km1) (Entered: 08/10/2011) |
| 08/16/2011 | Ï 99 | NOTICE by Defendants N. Joshua Adler, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., Countrywide Capital Markets LLC., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. *of Transfer Order of the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit A) (Faruki, Charles) (Entered: 08/16/2011) |
| 08/17/2011 | Ï 100 | Order of Transfer from MDL Panel. (lk1) (Entered: 08/17/2011) |
| 08/25/2011 | Ï 101 | Transcript of Proceedings (Motion Hearing) held on 8/10/2011, before Judge S Arthur Spiegel. Court Reporter/Transcriber Luke Lavin (Official), Telephone number 513–564–7675 (no. pgs: 55). Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms – Electronic Availability of Transcripts). Please read this policy carefully. For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 9/15/2011. Redacted Transcript Deadline set for 9/26/2011. Release of Transcript Restriction set for 11/23/2011. (km1) (Entered: 08/25/2011) |
| 08/30/2011 | Ï 102 | OPINION AND ORDER denying 53 Motion to Transfer Venue Under 28 USC Section 1404(a) to the U.S. District Court for the Central District of California. Signed by Judge S Arthur Spiegel on 8/30/2011. (km1) (Entered: 08/30/2011) |
| 09/07/2011 | Ï 103 | Letter from Central District of California–Western Division re Conditional Transfer Order re MDL Panel No. 2265. (Attachments: # 1 Conditional Transfer Order) (lk) (Entered: 09/07/2011) |
| 09/07/2011 | Ï | Case transferred to Central District of California–Western Division. Case file and docket sheet sent Electronically. (lk) Modified on 9/7/2011 (lk). (Entered: 09/07/2011) |