

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date:

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Name & Address

To:   All Counsel of Record

    Re:   Former Case No. __1:11-cv-00267 SAS-KLL__

        in the United States District Court for the __Southern District of Ohio (Cincinnati)__

        Assigned Case No. __11-cv-7166 MRP- MANx__   MDL No. __2265__

        in the United States District Court, Central District of California

Dear Sir/Madam:

    The above-referenced case has been transferred to this district. The initials after the number indicate the case has been assigned to Judge __Mariana R. Pfaelzer__ by the MDL Panel. All future correspondence, pleadings and other documents must bear both the MDL case number and the number assigned to the case in this district. Documents are forwarded to the judge by the initials on the case number, so it is important to put the right case numbers appear on the documents. Please address all future communications concerning this action to the Courtroom Deputy for the above-indicated judge,

    **Please review this Court's local rules which may differ from the other United States Courts in which you practice. Please read these carefully. Although Pro Hac Vice admittance is not required in MDL actions, counsel are expected to comply with the Federal and Local Rules. MDL documents must have the caption of the MDL case listed first with the captions and case numbers of each case to which the document/pleading relates. If the document relates to ALL actions, only the MDL case caption and number need appear on the document followed by "THIS DOCUMENT RELATES TO ALL ACTIONS." All documents must be filed with an original and, at least, one copy both blue-backed.**

    The Local Rules and various court forms can be downloaded from this Court's website at **www.cacd.uscourts.gov**. You may also purchase copies of the Local Rules from the *Los Angeles Daily Journal*, 915 East First Street, Los Angeles, California 90012 (213) 229-5300, or from the *Metropolitan News Enterprises*, 417 South Spring Street, Los Angeles, California 90012 (213) 628-4384. Please contact them directly as to their charge for this service.

                Sincerely,

                Clerk, U. S. District Court

                By __SBOURGEO__
                     Deputy Clerk