1  llLloyd Winawer (State Bar No. 157823)
   *lwinawer@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st floor
3  Los Angeles, CA 90017
   Telephone: 213-426-2500
4  Facsimile: 213-623-1673

5  Brian C. Devine (State Bar No. 222240)
   *bdevine@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   53 State Street
7  Boston, MA 02109-2802
   Telephone: 617-570-1000
8  Facsimile: 617-523-1231

9  *Attorneys for Defendants*
   Countrywide Financial Corp., Country-
10 wide Home Loans, Inc., Countrywide
   Home Loan Servicing, L.P., Countrywide
11 Capital Markets, CWALT, Inc., CWMBS,
   Inc., Countrywide Securities Corp., and N.
12 Joshua Adler

13         **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, COLUMBUS LIFE INSURANCE COMPANY, INTEGRITY LIFE INSURANCE COMPANY, AND NATIONAL INTEGRITY LIFE INSURANCE COMPANY, FORT WASHINGTON INVESTMENT ADVISORS, INC. on behalf of FORT WASHINGTON ACTIVE FIXED INCOME LLC,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWABS, INC., CWMBS, INC., CWHEQ, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, | Case No.11-CV-07166-MRP-MAN<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>Judge:    Hon. Mariana R. Pfaelzer |

| | |
|---|---|
| 1 | RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, and JENNIFER SANDEFUR, |
| 2 | |
| 3 | *Defendants.* |
| 4 | |

STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSES THERETO

WHEREAS, Plaintiffs in the above-captioned action have informed Defendants that they intend to file an amended complaint;

WHEREAS, Defendants anticipate that they will file motions to dismiss any amended complaint filed by Plaintiffs;

NOW THEREFORE, the parties hereby agree and stipulate to the following schedule for the filing of Plaintiffs' anticipated amended complaint and Defendants' anticipated motions to dismiss Plaintiffs' amended complaint;

1. Plaintiffs shall have forty-five (45) days from the date of the entry of the Order approving this Stipulation to file an amended complaint;

2. Defendants shall have forty-five (45) days from the date on which Plaintiffs file their amended complaint to file motions to dismiss the amended complaint;

3. Plaintiffs shall have forty-five (45) days from the date on which Defendants file any motions to dismiss the amended complaint to file any briefs in opposition thereto;

4. Defendants shall have thirty-five (35) days from the date on which Plaintiffs file their briefs in opposition to Defendants' motions to dismiss the amended complaint to file any reply briefs in support of their motions to dismiss.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  September 9, 2011 | Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc.,  Countrywide Capital Markets, LLC, CWALT, Inc., CWMBS, Inc., Countrywide Securities Corp., CWABS, Inc., CWHEQ, Inc., and N. Joshua Adler |
| 2 | | |
| 3 | | |
| 4 | | By their attorneys, |
| 5 | | |
| 6 | | /s/ Lloyd Winawer<br>Lloyd Winawer (State Bar No. 157823)<br>lwinawer@goodwinprocter.com |
| 7 | | Brian E. Pastuszenski<br>(*pro hac vice* Application forthcoming) |
| 8 | | bpastuszenski@goodwinprocter.com<br>Inez H. Friedman-Boyce |
| 9 | | (*pro hac vice* Application forthcoming)<br>ifriedmanboyce@goodwinprocter.com |
| 10 | | Caroline H. Bullerjahn<br>(*pro hac vice* Application forthcoming) |
| 11 | | cbullerjahn@goodwinprocter.com<br>Brian C. Devine (State Bar No. 222240) |
| 12 | | bdevine@goodwinprocter.com<br>GOODWIN PROCTER LLP |
| 13 | | Exchange Place<br>53 State Street |
| 14 | | Boston, MA 02109<br>Telephone: 617-570-1000 |
| 15 | | Facsimile: 617-523-1230 |
| 16 | | |
| 17 | Dated:  September 9, 2011 | Defendants Bank of America Corporation, BAC Home Loans Servicing, LP, and NB Holdings Corporation |
| 18 | | |
| 19 | | By their attorneys, |
| 20 | | /s/ Matthew Close (Hmw)<br>Matthew W. Close (State Bar No. 185570) |
| 21 | | mclose@omm.com<br>Jonathan Rosenberg |
| 22 | | (*pro hac vice* application forthcoming)<br>jrosenberg@omm.com |
| 23 | | William J. Sushon<br>(*pro hac vice* application forthcoming)wsushon@omm.com |
| 24 | | |
| 25 | | Asher L. Rivner<br>(*pro hac vice* application forthcoming)arivner@omm.com |
| 26 | | O'MELVENY & MYERS LLP |
| 27 | | 400 South Hope Street<br>Los Angeles, CA 90071 |
| 28 | | Telephone:  (213) 430-6000 |

STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSES THERETO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (213) 430-6000

7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

| | | |
|---|---|---|
| 1 | Dated: September 9, 2011 | Defendant Stanford L. Kurland |
| 2 | | By his attorneys, |

*/s/ Christopher Caldwell (Amw)*
Christopher G. Caldwell (State Bar No. 106790)
caldwell@caldwell-leslie.com
David C. Codell (State Bar No. 200965)
codell@caldwell-leslie.com
CALDWELL LESLIE & PROCTOR PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
Telephone: 213-629-9040
Facsimile: 213-629-9022

Dated: September 9, 2011        Defendant Angelo Mozilo

By his attorneys,

*/s/ David Siegel (Amw)*
David Siegel (State Bar No. 101355)
dsiegel@irell.com
Craig I. Varnen
cvarnen@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

A. Matthew Ashley (State Bar No. 198235)
mashley@irell.com
Allison L. Libeu (State Bar No. 244487)
alibeu@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
Telephone: 949-760-5287
Facsimile: 949-760-5200

| | | |
|---|---|---|
| 1 | Dated: September 9, 2011 | Defendant David A. Spector |
| 2 | | By his attorney, |
| 3 | | *[signature]* (Amw) |
| 4 | | |
| 5 | | Jennifer M. Sepic (State Bar No. 234874)<br>*jennifer.sepic@bingham.com*<br>BINGHAM MCCUTCHEN LLP |
| 6 | | 355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071 |
| 7 | | Tel: 213-680-6400<br>Fax: 213-680-6499 |
| 8 | | |
| 9 | | Leiv Blad Jr. (*Pro Hac Vice* Application forthcoming) |
| 10 | | *leiv.blad@bingham.com*<br>BINGHAM McCUTCHEN LLP |
| 11 | | 2020 K Street, NW<br>Washington, DC  20006 |
| 12 | | Telephone:  202-373-6000<br>Facsimile:  202-373-6001 |
| 13 | Dated: September 9, 2011 | Defendants Ranjit Kripalani, Jennifer S. Sandefur, and Eric Sieracki |
| 14 | | |
| 15 | | By their attorneys, |
| 16 | | *[signature]* (Amw) |
| 17 | | William F. Sullivan (State Bar No. 078353) |
| 18 | | *williamsullivan@paulhastings.com*<br>Joshua G. Hamilton (State Bar No. 199610) |
| 19 | | *joshuahamilton@paulhastings.com* |
| 20 | | Jenifer Q. Doan<br>*jeniferdoan@paulhastings.com* |
| 21 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 22 | | 515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071 |
| 23 | | Telephone:  213-683-6000<br>Facsimile:  213-627-0705 |

STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSES THERETO

| | | |
|---|---|---|
| 1 | Dated:  September 9, 2011 | Defendant David Sambol |
| 2 | | By his attorneys, |
| 3 | | /s/ Michael Tu (AMW) |
| 4 | | Michael C. Tu (State Bar No. 186793) |
| 5 | | *mtu@orrick.com*<br>ORRICK, HERRINGTON & SUT-CLIFFE LLP |
| 6 | | 777 South Figueroa Street, Suite 3200 |
| 7 | | Los Angeles, California 90017<br>Telephone:  213-612-2433<br>Facsimile:  213-612-2499 |
| 8 | | |
| 9 | | Michael D. Torpey (State Bar No. 79424)<br>*mtorpey@orrick.com* |
| 10 | | Frank M. Scaduto<br>*fscaduto@orrick.com* |
| 11 | | ORRICK, HERRINGTON & SUT-CLIFFE LLP |
| 12 | | The Orrick Building<br>405 Howard Street |
| 13 | | San Francisco, CA  94105<br>Telephone:  415-773-5700<br>Facsimile:  415-773-5759 |
| 14 | | |
| 15 | | |
| 16 | Dated:  September 9, 2011 | Plaintiffs Western and Southern Life Insurance Company, Western-Southern |
| 17 | | Life Assurance Company, Columbus Life Insurance Company, Integrity Life |
| 18 | | Insurance Company, National Integrity Life Insurance Company, Fort Washington |
| 19 | | Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed Income, LLC |
| 20 | | |
| 21 | | By their attorneys,<br>/s/ David Wollmuth (AMW) |
| 22 | | David H. Wollmuth |
| 23 | | *dwollmuth@wmd-law.com*<br>Vincent T. Chang |
| 24 | | *vchang@wmd-law.com*<br>Steven S. Fitzgerald |
| 25 | | *sfitzgerald@wmd-law.com*<br>WOLLMUTH MAHER & DEUTSCH LLP |
| 26 | | 500 Fifth Avenue, 12th Floor |
| 27 | | New York, NY 10036<br>Telephone: 212-382-3300<br>Facsimile: 212-382-0050 |
| 28 | | |

STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSES THERETO

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 41st floor, Los Angeles, CA 90017.

On **September 9, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

| | |
|---|---|
| Alexis H. Castillo<br>David H. Wollmuth<br>Steven S. Fitzgerald<br>Vincent T. Chang<br>**WOLLMUTH MAHER & DEUTSCH**<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10036 | *Counsel for Plaintiffs:*<br>**Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc.** *on behalf of* **Fort Washington Active Fixed Income, LLC**<br><br>Telephone: 212-382-3300<br>Facsimile: 212-382-0050<br>Acastillo@wmd-law.com<br>dwollmuth@wmd-law.com<br>sfitzgerald@wmd-law.com<br>vchang@wmd-law.com |
| Brian E. Pastuszenski<br>Lloyd Winawer<br>Inez H. Friedman-Boyce<br>Caroline H. Bullerjahn<br>Brian C. Devine<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | *Attorneys for Defendants:*<br>**Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, CWALT, Inc., CWMBS, Inc., Countrywide Securities Corp., CWABS, Inc., CWHEQ, Inc., and N. Joshua Adler**<br><br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231<br><br>bpastuszenski@goodwinprocter.com<br>lwinawer@goodwinprocter.com<br>ifriedmanboyce@goodwinprocter.com<br>cbullerjahn@goodwinprocter.com<br>bdevine@goodwinprocter.com |

| | |
|---|---|
| Jonathan Rosenberg<br>William J. Sushon<br>Asher L. Rivner<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036 | *Attorneys for Defendants:*<br>**Bank of America Corporation,<br>BAC Home Loans Servicing, LP, and<br>NB Holdings Corporation**<br><br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061 |
| Christopher G. Caldwell<br>David C. Codell<br>**CALDWELL LESLIE & PROCTOR PC**<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Telephone: 213-629-9040<br>Facsimile: 213-629-9022<br><br>Caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com |
| David Siegel<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276<br><br>Alvin M. Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660 | *Attorneys for Defendant:*<br>**Angelo Mozilo**<br><br>Telephone: 310-277-1010<br>Facsimile: 310-203-7199<br>dsiegel@irell.com<br><br>Telephone: 949-760-5287<br>Facsimile: 949-760-5200<br>mashley@irell.com<br>alibeu@irell.com |
| Leiv Blad, Jr.<br>**BINGHAM McCUTCHEN LLP**<br>2020 K Street, NW<br>Washington, DC 20006<br><br>Jennifer M. Sepic<br>**BINGHAM McCUTCHEN LLP**<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Telephone: 202-373-6000<br>Facsimile: 202-373-6001<br>Leiv.blad@bingham.com<br><br>Telephone: 213-680-6400<br>Facsimile: 213-680-6499<br>Jennifer.sepic@bingham.com |

| | |
|---|---|
| William F. Sullivan<br>Joshua G. Hamilton<br>Jenifer Q. Doan<br>**PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP**<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071 | *Attorneys for Defendants:*<br>**Ranjit Kripalani, Jennifer S. Sandefur,<br>And Eric Sieracki**<br><br>Telephone: 213-683-6000<br>Facsimile: 213-627-0705<br><br>williamsullivan@paulhastings.com<br>joshuahamilton@paulhastings.com<br>jeniferdown@paulhastings.com |
| Michael D. Torpey<br>Frank M. Scaduto<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br><br>Michael C. Tu<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David Sambol**<br><br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759<br>mtorpey@orrick.com<br>fscaduto@orrick.com<br><br>Telephone: 213-612-2433<br>Facsimile: 213-612-2499<br>mtu@orrick.com |

☑   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **September 9, 2011,** at Los Angeles, California.

_____
Arianne M. Waldron
(Type or print name)

_____
(Signature)

3

STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSES THERETO