**Exhibit A**

**Overview of Western & Southern's Purchases**

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-10CB 1A8 | Columbus Life Insurance Company | 500,000 | 10/22/2007 | March 28, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-10CB 1A8 | Integrity Life Insurance Company | 2,000,000 | 10/22/2007 | March 28, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-10CB 1A8 | Integrity Life Insurance Company | 1,500,000 | 10/22/2007 | March 28, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-10CB 1A8 | Western-Southern Life Assurance Company | 8,000,000 | 10/22/2007 | March 28, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-10CB 1A8 | Western-Southern Life Assurance Company | 2,000,000 | 10/22/2007 | March 28, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-13CB A8 | Columbus Life Insurance Company | 1,000,000 | 10/18/2006 | March 22, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-13CB A8 | Columbus Life Insurance Company | 3,000,000 | 10/18/2006 | March 22, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-13CB A8 | Columbus Life Insurance Company | 4,000,000 | 10/18/2006 | March 22, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-13CB A8 | Western-Southern Life Assurance Company | 9,500,000 | 10/18/2006 | March 22, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-13CB A8 | Western and Southern Life Insurance Company | 2,500,000 | 10/18/2006 | March 22, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A3 | Columbus Life Insurance Company | 1,000,000 | 04/18/2006 | May 25, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-20CB 1A3 | Integrity Life Insurance Company | 1,000,000 | 04/18/2006 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A3 | Western-Southern Life Assurance Company | 5,000,000 | 04/18/2006 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A3 | Western-Southern Life Assurance Company | 2,000,000 | 04/18/2006 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A3 | Western and Southern Life Insurance Company | 4,000,000 | 04/18/2006 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-20CB 1A4 | Western and Southern Life Insurance Company | 5,000,000 | 06/21/2005 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A4 | Western and Southern Life Insurance Company | 5,000,000 | 06/21/2005 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-20CB 1A4 | Western and Southern Life Insurance Company | 5,000,000 | 06/21/2005 | May 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-26CB A6 | Integrity Life Insurance Company | 2,000,000 | 02/13/2008 | May 24, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-26CB A6 | Western-Southern Life Assurance Company | 4,000,000 | 02/13/2008 | May 24, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Columbus Life Insurance Company | 500,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Columbus Life Insurance Company | 1,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Columbus Life Insurance Company | 1,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-28CB 2A4 | Integrity Life Insurance Company | 3,148,500 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Western-Southern Life Assurance Company | 2,500,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Western-Southern Life Assurance Company | 1,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Western and Southern Life Insurance Company | 3,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor) Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-28CB 2A4 | Western and Southern Life Insurance Company | 1,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-28CB 2A4 | Western and Southern Life Insurance Company | 1,000,000 | 11/09/2005 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-30CB 1A6 | Integrity Life Insurance Company | 2,112,816 | 06/30/2006 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-30CB 1A6 | Western-Southern Life Assurance Company | 1,526,812 | 06/30/2006 | June 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-46CB A14 | Columbus Life Insurance Company | 2,500,000 | 10/24/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Countrywide Securities, Inc. (Broker) | Yes |
| CWALT 2005-46CB A14 | Columbus Life Insurance Company | 3,250,000 | 12/26/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-46CB A14 | Integrity Life Insurance Company | 2,000,000 | 10/24/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Countrywide Securities, Inc. (Broker) | Yes |
| CWALT 2005-46CB A14 | Western-Southern Life Assurance Company | 4,750,000 | 10/24/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Countrywide Securities, Inc. (Broker) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-46CB A14 | Western-Southern Life Assurance Company | 3,000,000 | 12/26/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-46CB A14 | Western and Southern Life Insurance Company | 2,500,000 | 10/24/2006 | August 29, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Countrywide Securities, Inc. (Broker) | Yes |
| CWALT 2005-47CB A11 | Columbus Life Insurance Company | 3,625,326 | 11/20/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-47CB A11 | Western-Southern Life Assurance Company | 6,797,486 | 11/20/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-47CB A11 | Western-Southern Life Assurance Company | 2,718,995 | 11/20/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-47CB A11 | Western and Southern Life Insurance Company | 1,800,174 | 12/18/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-47CB A11 | Western and Southern Life Insurance Company | 9,516,481 | 11/20/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-47CB A11 | Western and Southern Life Insurance Company | 1,800,174 | 12/18/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-47CB A11 | Western and Southern Life Insurance Company | 4,531,658 | 11/20/2006 | August 25, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-49CB A3 | Integrity Life Insurance Company | 4,000,000 | 02/04/2008 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-49CB A3 | Integrity Life Insurance Company | 1,000,000 | 02/04/2008 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-49CB A3 | Integrity Life Insurance Company | 1,000,000 | 02/04/2008 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-49CB A3 | Western-Southern Life Assurance Company | 10,000,000 | 02/04/2008 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-49CB A3 | Western-Southern Life Assurance Company | 1,000,000 | 02/04/2008 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-54CB 1A4 | Columbus Life Insurance Company | 500,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |
| CWALT 2005-54CB 1A4 | Integrity Life Insurance Company | 1,500,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-54CB 1A4 | Western-Southern Life Assurance Company | 8,000,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |
| CWALT 2005-54CB 1A4 | Western-Southern Life Assurance Company | 2,000,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-54CB 1A4 | Western and Southern Life Insurance Company | 1,000,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |
| CWALT 2005-54CB 1A4 | Western and Southern Life Insurance Company | 1,000,000 | 09/30/2005 | September 27, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller)<br><br>Credit Suisse First Boston LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2005-J1 1A8 | Columbus Life Insurance Company | 5,686,000 | 07/02/2007 | January 26, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2005-J1 1A8 | Western-Southern Life Assurance Company | 5,000,000 | 07/02/2007 | January 26, 2005 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWALT 2006-14CB A7 | Columbus Life Insurance Company | 500,000 | 04/28/2006 | April 25, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>JP Morgan Securities Inc. and Deutsche Bank Securities, Inc. (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-14CB A7 | Western-Southern Life Assurance Company | 3,000,000 | 04/28/2006 | April 25, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>JP Morgan Securities Inc. and Deutsche Bank Securities, Inc. (Underwriters) | No |
| CWALT 2006-14CB A7 | Western-Southern Life Assurance Company | 1,000,000 | 04/28/2006 | April 25, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>JP Morgan Securities Inc. and Deutsche Bank Securities, Inc. (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-14CB A7 | Western-Southern Life Assurance Company | 1,000,000 | 04/28/2006 | April 25, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>JP Morgan Securities Inc. and Deutsche Bank Securities, Inc. (Underwriters) | No |
| CWALT 2006-14CB A7 | Western and Southern Life Insurance Company | 3,500,000 | 04/28/2006 | April 25, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>JP Morgan Securities Inc. and Deutsche Bank Securities, Inc. (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-39CB 1A4 | Columbus Life Insurance Company | 4,502,000 | 12/19/2006 | November 29, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. and Banc of America Securities LLC (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-39CB 1A4 | Western-Southern Life Assurance Company | 5,000,000 | 12/19/2006 | November 29, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. and Banc of America Securities LLC (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-39CB 1A4 | Western and Southern Life Insurance Company | 4,000,000 | 12/19/2006 | November 29, 2006 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. and Banc of America Securities LLC (Underwriters) | No |
| CWALT 2006-7CB 1A14 | Columbus Life Insurance Company | 1,000,000 | 04/12/2006 | March 29, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-7CB 1A14 | Integrity Life Insurance Company | 1,000,000 | 04/12/2006 | March 29, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |
| CWALT 2006-7CB 1A14 | Western-Southern Life Assurance Company | 5,000,000 | 04/12/2006 | March 29, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2006-7CB 1A14 | Western-Southern Life Assurance Company | 2,000,000 | 04/12/2006 | March 29, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |
| CWALT 2006-7CB 1A14 | Western and Southern Life Insurance Company | 2,000,000 | 04/12/2006 | March 29, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-15CB M | Integrity Life Insurance Company | 2,994,836 | 10/15/2007 | May 31, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWALT 2007-15CB M | Western-Southern Life Assurance Company | 1,802,891 | 10/15/2007 | May 31, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWALT 2007-16CB M1 | Columbus Life Insurance Company | 999,148 | 08/02/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Banc of America Securities LLC (Underwriter) | No |

Exhibit A to the Amended Complaint 26

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-16CB M1 | Western-Southern Life Assurance Company | 8,772,024 | 08/02/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Banc of America Securities LLC (Underwriter) | No |
| CWALT 2007-16CB M1 | Western-Southern Life Assurance Company | 1,998,297 | 08/02/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Banc of America Securities LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-17CB M1 | Columbus Life Insurance Company | 999,301 | 08/01/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |
| CWALT 2007-17CB M1 | Columbus Life Insurance Company | 1,998,603 | 08/01/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-17CB M1 | Integrity Life Insurance Company | 999,301 | 08/01/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |
| CWALT 2007-17CB M1 | Western-Southern Life Assurance Company | 999,301 | 08/01/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-17CB M1 | Western and Southern Life Insurance Company | 2,997,904 | 08/01/2007 | June 28, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Credit Suisse Securities (USA) LLC (Underwriter) | No |
| CWALT 2007-21CB 1A6 | Integrity Life Insurance Company | 1,000,000 | 07/30/2007 | July 27, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-21CB 1A6 | Integrity Life Insurance Company | 2,000,000 | 07/30/2007 | July 27, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. (Underwriter) | No |
| CWALT 2007-21CB 1A6 | Western-Southern Life Assurance Company | 3,500,000 | 07/30/2007 | July 27, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. (Underwriter) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-21CB 1A6 | Western-Southern Life Assurance Company | 1,500,000 | 07/30/2007 | July 27, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor)<br><br>Deutsche Bank Securities, Inc. (Underwriter) | No |
| CWALT 2007-5CB 1A13 | Integrity Life Insurance Company | 1,000,000 | 12/19/2007 | February 26, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWALT 2007-5CB 1A13 | Western-Southern Life Assurance Company | 4,000,000 | 12/19/2007 | February 26, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWALT 2007-5CB 1A13 | Western-Southern Life Assurance Company | 1,000,000 | 12/19/2007 | February 26, 2007 | CWALT, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2005-24 A33 | Columbus Life Insurance Company | 4,940,068 | 12/12/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-24 A33 | Western-Southern Life Assurance Company | 10,162,708 | 12/12/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-24 A7 | Columbus Life Insurance Company | 5,000,000 | 11/02/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2005-24 A7 | Integrity Life Insurance Company | 5,000,000 | 11/02/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-24 A7 | Western-Southern Life Assurance Company | 12,000,000 | 11/02/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-24 A7 | Western and Southern Life Insurance Company | 5,000,000 | 11/02/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-24 A7 | Western and Southern Life Insurance Company | 5,000,000 | 11/02/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2005-25 A6 | Columbus Life Insurance Company | 500,000 | 11/09/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-25 A6 | Integrity Life Insurance Company | 1,000,000 | 03/25/2008 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-25 A6 | Western-Southern Life Assurance Company | 5,000,000 | 11/09/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-25 A6 | Western-Southern Life Assurance Company | 3,000,000 | 03/25/2008 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2005-25 A6 | Western-Southern Life Assurance Company | 1,500,000 | 11/09/2005 | September 27, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-J2 3A14 | Western-Southern Life Assurance Company | 5,000,000 | 10/24/2006 | June 29, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2005-J2 3A14 | Western-Southern Life Assurance Company | 5,000,000 | 10/24/2006 | June 29, 2005 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller) | Yes |
| CWHL 2006-21 A15 | Integrity Life Insurance Company | 2,000,000 | 02/19/2008 | December 27, 2006 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2006-21 A15 | Western-Southern Life Assurance Company | 2,200,000 | 02/19/2008 | December 27, 2006 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-14 M | Integrity Life Insurance Company | 2,368,341 | 12/27/2007 | July 27, 2007 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-14 M | Western-Southern Life Assurance Company | 4,985,981 | 12/27/2007 | July 27, 2007 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2007-14 M | Western-Southern Life Assurance Company | 4,985,981 | 12/27/2007 | July 27, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-15 M | Integrity Life Insurance Company | 4,993,179 | 10/29/2007 | July 27, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-15 M | Integrity Life Insurance Company | 4,993,179 | 10/29/2007 | July 27, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2007-15 M | Western-Southern Life Assurance Company | 6,270,134 | 10/29/2007 | July 27, 2007 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-5 A5 | Integrity Life Insurance Company | 3,000,000 | 02/05/2008 | March 29, 2007 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-5 A5 | Integrity Life Insurance Company | 1,000,000 | 02/05/2008 | March 29, 2007 | CWMBS, Inc. (Depositor)<br><br>Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWHL 2007-5 A5 | Integrity Life Insurance Company | 1,000,000 | 02/05/2008 | March 29, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-5 A5 | Western-Southern Life Assurance Company | 9,045,000 | 02/05/2008 | March 29, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |
| CWHL 2007-5 A5 | Western-Southern Life Assurance Company | 1,000,000 | 02/05/2008 | March 29, 2007 | CWMBS, Inc. (Depositor) Countrywide Home Loans (Seller/Sponsor) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S8 A4 | Columbus Life Insurance Company | 1,000,000 | 12/28/2006 | December 27, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S8 A4 | Columbus Life Insurance Company | 5,000,000 | 12/28/2006 | December 27, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S8 A4 | Integrity Life Insurance Company | 5,000,000 | 12/28/2006 | December 27, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S8 A4 | Western-Southern Life Assurance Company | 5,000,000 | 12/28/2006 | December 27, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S8 A4 | Western-Southern Life Assurance Company | 2,000,000 | 12/28/2006 | December 27, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S9 A3 | Columbus Life Insurance Company | 2,000,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S9 A3 | Integrity Life Insurance Company | 2,000,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S9 A3 | Integrity Life Insurance Company | 1,000,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S9 A4 | Columbus Life Insurance Company | 2,500,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S9 A4 | Integrity Life Insurance Company | 1,000,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S9 A4 | Western and Southern Life Insurance Company | 1,900,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S9 A4 | Western and Southern Life Insurance Company | 1,900,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2006-S9 A6 | Western and Southern Life Insurance Company | 1,300,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2006-S9 A6 | Western and Southern Life Insurance Company | 1,300,000 | 12/29/2006 | December 28, 2006 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-11 2A1 | Fort Washington | 5,756,605 | 10/18/2007 | June 28, 2007 | CWABS, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller) | Yes |
| CWL 2007-4 A5W | Columbus Life Insurance Company | 1,000,000 | 03/29/2007 | March 28, 2007 | CWABS, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation and Greenwich Capital Markets Inc. (Underwriters) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-4 A5W | Integrity Life Insurance Company | 2,500,000 | 03/29/2007 | March 28, 2007 | CWABS, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2007-4 A5W | Western-Southern Life Assurance Company | 3,000,000 | 03/29/2007 | March 28, 2007 | CWABS, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-4 A5W | Western-Southern Life Assurance Company | 1,000,000 | 03/29/2007 | March 28, 2007 | CWABS, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2007-S1 A5 | Fort Washington | 3,700,000 | 09/26/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller) | Yes |
| CWL 2007-S1 A5 | Fort Washington | 1,000,000 | 09/26/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-S1 A5 | Western and Southern Life Insurance Company | 3,700,000 | 02/28/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2007-S1 A5 | Integrity Life Insurance Company | 4,000,000 | 09/17/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Bank of America Securities (Broker) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-S1 A5 | Integrity Life Insurance Company | 2,000,000 | 09/17/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Bank of America Securities (Broker) | Yes |
| CWL 2007-S1 A5 | Western-Southern Life Assurance Company | 7,000,000 | 09/17/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Bank of America Securities (Broker) | Yes |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-S1 A5 | Western-Southern Life Assurance Company | 2,000,000 | 09/17/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Bank of America Securities (Broker) | Yes |
| CWL 2007-S1 A5 | Western and Southern Life Insurance Company | 2,000,000 | 02/28/2007 | February 27, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-S2 A5F | Integrity Life Insurance Company | 4,100,000 | 03/30/2007 | March 29, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2007-S2 A5F | Integrity Life Insurance Company | 2,300,000 | 03/30/2007 | March 29, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |

| Offering/Class | Purchaser | Face Value (in $) | Settle Date | Prospectus Supplement Date | Sellers | Secondary Market Purchase |
|---|---|---|---|---|---|---|
| CWL 2007-S2 A5F | Western-Southern Life Assurance Company | 1,000,000 | 03/30/2007 | March 29, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |
| CWL 2007-S2 A5F | Western and Southern Life Insurance Company | 4,200,000 | 03/30/2007 | March 29, 2007 | CWHEQ, Inc. (Depositor)<br><br>Countrywide Home Loans (Sponsor/Seller)<br><br>Countrywide Securities Corporation (Broker) | No |