1  LYSAGHT LAW GROUP
   Brian C. Lysaght (Bar. No. 61965)
2  lysaghtlaw@hotmail.com
3  12021 Wilshire Boulevard
   Los Angeles, California 90025
4  Telephone: (310) 567-1111
5  Facsimile: (310) 472-0243
   (Additional counsel listed below)
6  *Attorneys for Plaintiffs*

7              **UNITED STATES DISTRICT COURT**
8             **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY et al., | |
| 11 | Case No. 2:11-cv-07166 |
| 12 | Hon. Mariana R. Pfaelzer |
| 13                    Plaintiffs, | |
| 14             - v - | |
| 15 | |
| 16  COUNTRYWIDE FINANCIAL CORPORATION et al., | |
| 17                    Defendants. | |
| 18  NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | |
| 19 | Case No. 2:11-cv-09889 |
| 20                    Plaintiffs, | Hon. Mariana R. Pfaelzer |
| 21             - v - | |
| 22  COUNTRYWIDE FINANCIAL CORPORATION et al., | |
| 23 | |
| 24 | |
| 25                    Defendants. | |

26        **DECLARATION OF BRIAN C. LYSAGHT IN**
27   **OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

1    I, BRIAN C. LYSAGHT, hereby declare under penalty of perjury

2    pursuant to 28 U.S.C. § 1746 that the following is true and correct:

3    1.    I am an attorney at law duly licensed to practice law in the State of

4    California and am admitted to practice and appear before this Court. I am a

5    member of the Lysaght Law Group, counsel for plaintiffs in *The Western and*

6    *Southern Life Insurance Company, et al., v. Countrywide Financial*

7    *Corporation, et al.,* No. 11-CV-07166 (MRP) (C.D. Cal.) and *National*

8    *Integrity Life Insurance Company v. Countrywide Financial Corporation et al.,*

9    No. 11-CV-09889 (MRP) (C.D. Cal.) (collectively "Plaintiffs"). I submit this

10   Declaration in support of Plaintiffs' Memorandum of Points and Authorities in

11   Opposition to Defendants' Motions to Dismiss. I am familiar with the facts set

12   forth below and able to testify to them.

13   2.    Attached as Exhibit 1 is a true and correct copy of the Institutional

14   Investors' Statement in Support of Settlement and Consolidated Response to

15   Settlement Objections filed in *In the Matter of Bank of New York Mellon v.*

16   *Walnut Place LLC et al.,* 11-CV-05988-WHP (S.D.N.Y.).

17   3.    Attached as Exhibit 2 is a true and correct excerpted copy of a

18   transcript of the October 5, 2011 hearing in *MBIA Ins. Corp. v. Countrywide*

19   *Home Loans, Inc.,* No. 08/602825 (N.Y. Sup. Ct.).

20   4.    Attached as Exhibit 3 is a true and correct copy of a transcript of

21   Bank of America Corporation's 2010 earnings call that took place on October

22   19, 2010.

23   5.    Attached as Exhibit 4 is a true and correct copy of Title 17 of the

24   Code of Federal Regulations, Section 229.1121.

25   6.    Attached as Exhibit 5 is a true and correct excerpted copy of the

26   Pooling and Service Agreement of Countrywide Home Loans Mortgage Pass-

27   Through Trust, Series 2007-14, dated as of July 1, 2007.

Declaration of Brian C. Lysaght - 2

1        7.     Attached as Exhibit 6 is a true and correct copy of a certification

2 report for Countrywide Home Loans Mortgage Pass-Through Trust, Series

3 2007-14, for the fiscal year ended December 31, 2007.

4        8.     Attached as Exhibit 7 is a true and correct copy of the "Opinion

5 Concerning Contemplated Settlement Amount for 530 Trusts," dated June 7,

6 2011, prepared by Brian Lin in connection with *In the Matter of Bank of New*

7 *York Mellon v. Walnut Place LLC et al.*, 11-CV-05988-WHP (S.D.N.Y.).

8        9.     Attached as Exhibit 8 is a true and correct excerpted copy of the

9 Prospectus Supplement to the Prospectus dated November 15, 2006 for

10 Countrywide Home Equity Loan Trust 2007-5, Series 2006-S9.

11       10.    Attached as Exhibit 9 is a true and correct excerpted copy of the

12 Prospectus Supplement to the Prospectus dated November 14, 2006 for

13 Countrywide Home Loan Mortgage Pass-Through Trust 2007-5, Series 2007-5.

14       11.    Attached as Exhibit 10 is a true and correct excerpted copy of the

15 Prospectus Supplement to the Prospectus dated August 26, 2005 for

16 Countrywide Alternative Loan Trust 2005-46CB, Series 2005-46CB.

17       12.    Attached as Exhibit 11 is a true and correct excerpted copy of the

18 Prospectus Supplement to the Prospectus dated July 25, 2005 for Countrywide

19 Alternative Loan Trust 2005-54CB, Series 2005-54CB.

20       13.    Attached as Exhibit 12 is a true and correct excerpted copy of the

21 Prospectus Supplement to the Prospectus dated June 27, 2007 for Countrywide

22 Alternative Loan Trust 2007-17CB, series 2007-17CB.

23       14.    Attached as Exhibit 13 is a true and correct excerpted copy of a

24 transcript of the September 29, 2011 status conference in *The Western and*

25 *Southern Life Insurance Company, et al., v. Countrywide Financial*

26 *Corporation, et al.,* No. 11-CV-07166 (MRP) (C.D. Cal.).

27

Declaration of Brian C. Lysaght - 3

1    15.   Attached as Exhibit 14 is a true and correct excerpted copy of the

2    First Amended Complaint in *Maine State Retirement System v. Countrywide*

3    *Financial Corporation*, No. 10-CV-0302-MRP (C.D. Cal.).

4    16.   Attached as Exhibit 15 is a true and correct copy of a Memorandum

5    and Order entered in *Plumbers' & Pipefitters' Local #562 Supplemental Plan &*

6    *Trust v. J.P. Morgan Acceptance Corporation I,* No. 08-CV-1713  (E.D.N.Y.),

7    dated December 13, 2011.

8    Executed this 13th day of January 2012 in Los Angeles, California.

9

10                                    /s/   Brian C. Lysaght

11                                    BRIAN C. LYSAGHT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Declaration of Brian C. Lysaght - 4