# Exhibit 8

424B5 1 v061648_424b5.htm

Filed Pursuant to Rule 424b5
Registration File No. 333-132375

**PROSPECTUS SUPPLEMENT**
**(To Prospectus dated November 15, 2006)**

$1,000,000,100
(Approximate)
**CWHEQ, INC.**
**Depositor**
**COUNTRYWIDE HOME LOANS, INC.**
**Sponsor and Seller**
**Countrywide Home Loans Servicing LP**
**Master Servicer**
**CWHEQ Home Equity Loan Trust, Series 2006-S9**
**Issuing Entity**
**Home Equity Loan Asset Backed Certificates, Series 2006-S9**

Distributions payable monthly, beginning January 25, 2007
_____

The issuing entity will issue certificates, including the following classes of certificates that are offered pursuant to this prospectus supplement and the accompanying prospectus:

| Class | Initial Certificate Principal Balance (1) | Price to Public(2) | Underwriting Discount | Proceeds to Depositor(3) |
|---|---|---|---|---|
| A-1 | $ 428,653,000 | 100.00000% | 0.02107% | 99.97893% |
| A-2 | $ 114,126,000 | 99.99989% | 0.03000% | 99.96989% |
| A-3 | $ 195,418,000 | 99.99741% | 0.05000% | 99.94741% |
| A-4 | $ 75,532,000 | 99.99640% | 0.06667% | 99.92973% |
| A-5 | $ 86,271,000 | 99.99568% | 0.11667% | 99.87901% |
| A-6 | $ 100,000,000 | 99.99543% | 0.12667% | 99.86876% |
| A-R | $ 100 | (4) | (4) | (4) |

**Consider carefully the risk factors beginning on page S-14 in this prospectus supplement and on page 5 in the prospectus.**

The certificates represent obligations of the issuing entity only and do not represent an interest in or obligation of CWHEQ, Inc., Countrywide Home Loans, Inc. or any of their affiliates.

This prospectus supplement may be used to offer and sell the offered certificates only if accompanied by the prospectus.

(1) This amount is subject to a permitted variance in the aggregate of plus or minus 5%.
(2) Plus accrued interest, if any, in the case of the Class A-2, Class A-3, Class A-4, Class A-5 and Class A-6 Certificates.
(3) Before deducting expenses payable by the Depositor estimated to be approximately $799,700 in the aggregate.
(4) The Class A-R Certificates will not be purchased by the underwriters and are being transferred to Countrywide Home Loans, Inc. as partial consideration for the sale of the mortgage loans. See "Method of Distribution" in this prospectus supplement.

The classes of certificates offered by this prospectus supplement are listed, together with their interest rates, in the tables under "Summary — Description of the Certificates" on pages S-3 and S-4 of this prospectus supplement. This prospectus supplement and the accompanying prospectus relate only to the offering of the certificates listed above and not to the other classes of certificates that will be issued by the issuing entity.

==The certificates represent interests in a pool of closed-end, fixed rate loans that are secured by second liens on one- to four-family residential properties, as described in this prospectus supplement.==

Credit enhancement for the certificates consists of:
- overcollateralization,
- a credit insurance policy,
- a limited loss coverage guarantee provided by the sponsor,

# Exhibit 9

As filed pursuant to Rule 424(b)(5)
Under the Securities Act of 1933
Registration No. 333-131662

PROSPECTUS SUPPLEMENT
(TO PROSPECTUS DATED NOVEMBER 14, 2006)
$845,749,614
(APPROXIMATE)
CWMBS, INC.
DEPOSITOR

[COUNTRYWIDE HOME LOANS LOGO]
SPONSOR AND SELLER
COUNTRYWIDE HOME LOANS SERVICING LP
MASTER SERVICER
CHL MORTGAGE PASS-THROUGH TRUST 2007-5
ISSUING ENTITY
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5
DISTRIBUTIONS PAYABLE MONTHLY, BEGINNING APRIL 25, 2007

--------------

The issuing entity will issue 60 classes of certificates, 57 of which are
offered pursuant to this prospectus supplement and the accompanying prospectus.
The classes of offered certificates and the other certificates issued by the
issuing entity together with their initial class certificate balances or
notional amounts, pass-through rates and initial ratings are listed in the
tables beginning on page S-6 in this prospectus supplement.

This prospectus supplement and the accompanying prospectus relate only to the
offering of the certificates listed above and not to the other classes of
certificates that will be issued by the issuing entity. The certificates
represent interests in a pool consisting primarily of 30-year conventional,
fixed rate mortgage loans secured by first liens on one to four family
residential properties.

Credit enhancement for the offered certificates consists of subordination.

The credit enhancement for each class of certificates varies. Not all credit
enhancement is available for every class. The credit enhancement for the
certificates is described in more detail in this prospectus supplement.

CONSIDER CAREFULLY THE RISK FACTORS BEGINNING ON PAGE S-21 IN THIS PROSPECTUS
SUPPLEMENT AND ON PAGE 2 IN THE PROSPECTUS.

The certificates represent obligations of the issuing entity only and do not
represent an interest in or obligation of CWMBS, Inc., Countrywide Home Loans,
Inc. or any of their affiliates. This prospectus supplement may be used to offer
and sell the offered certificates only if accompanied by the prospectus.

THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND
EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES
AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE
ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS. ANY
REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

Countrywide Securities Corporation will offer the Class A, Class M-A, Class M,
Class B-1 and Class B-2 Certificates to the public at varying prices to be
determined at the time of sale. The proceeds to the depositor from the sale of
these classes of certificates are expected to be approximately $835,747,382,
plus accrued interest, before deducting expenses. The Class PO and Class X
Certificates will not be purchased by Countrywide Securities Corporation. They
will be transferred to Countrywide Home Loans, Inc. on or about March 30, 2007
as partial consideration for the sale of the mortgage loans to the depositor.
See "Method of Distribution" in this prospectus supplement.

COUNTRYWIDE SECURITIES CORPORATION
March 29, 2007

# Exhibit 10

```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>v11891e424b5.txt
<DESCRIPTION>CWALT, INC.- REGISTRATION NO.333-125902
<TEXT>
<PAGE>
```

As filed pursuant to Rule 424(b)(5)
Under the Securities Act of 1933
Registration No. 333-125902

SUPPLEMENT TO

PROSPECTUS SUPPLEMENT DATED AUGUST 26, 2005

(TO PROSPECTUS DATED JULY 25, 2005)

$1,146,008,499
(APPROXIMATE)

CWALT, INC.
DEPOSITOR

[COUNTRYWIDE HOME LOANS LOGO]
SELLER

COUNTRYWIDE HOME LOANS SERVICING LP
MASTER SERVICER

ALTERNATIVE LOAN TRUST 2005-46CB
ISSUER

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB

This Supplement revises the Prospectus Supplement dated August 26, 2005 to the Prospectus dated July 25, 2005 with respect to the above captioned series of certificates as follows:

Notwithstanding the information contained in the column titled "Initial Class Certificate Balance" in the chart on the front cover of the Prospectus Supplement and in the Risk Factor titled "Credit Enhancement May Not Be Sufficient To Protect Senior Certificates From Losses", the initial Class Certificate Balances of the Class A-14 and Class A-15 Certificates are $111,084,000 and $4,616,000, respectively.

BEAR, STEARNS & CO. INC.                                    JPMORGAN

          The date of this Supplement is August 29, 2005.
```
<PAGE>
```

As filed pursuant to Rule 424(b)(5)
Under the Securities Act of 1933
Registration No. 333-125902

PROSPECTUS SUPPLEMENT

(TO PROSPECTUS DATED JULY 25, 2005)

$1,146,008,499
(APPROXIMATE)

CWALT, INC.
DEPOSITOR

[COUNTRYWIDE HOME LOANS LOGO]
SELLER

COUNTRYWIDE HOME LOANS SERVICING LP
MASTER SERVICER

ALTERNATIVE LOAN TRUST 2005-46CB
ISSUER

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB
DISTRIBUTIONS PAYABLE MONTHLY, BEGINNING SEPTEMBER 26, 2005
------------------------

The following classes of certificates are being offered pursuant to this prospectus supplement and the accompanying prospectus:

```
<Table>
<Caption>
```

|  | INITIAL CLASS CERTIFICATE BALANCE | PASS-THROUGH RATE |  | INITIAL CLASS CERTIFICATE BALANCE | PASS-THROUGH RATE |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Class A-1 | $   30,000,000 | 5.75% | Class A-15 | $   4,260,000 | 5.50% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Class A-2 | $ | 100,000,000 | 5.50% | Class A-16 | $ | 110,649,000 | Variable |
| Class A-3 | $ | 32,000,000 | 5.50% | Class A-17 | $ | N/A | Variable |
| Class A-4 | $ | 2,585,000 | 5.25% | Class A-18 | $ | 69,802,583 | Variable |
| Class A-5 | $ | 20,351,000 | 5.50% | Class A-19 | $ | 6,345,689 | Variable |
| Class A-6 | $ | 24,922,000 | 5.25% | Class A-20 | $ | 50,763,000 | 5.50% |
| Class A-7 | $ | 4,550,000 | 5.50% | Class A-21 | $ | 3,500,000 | 5.50% |
| Class A-8 | $ | 369,542,000 | 5.50% | Class A-22 | $ | 2,493,000 | 5.25% |
| Class A-9 | $ | 32,322,000 | 5.50% | Class PO | $ | 7,805,127 | N/A |
| Class A-10 | $ | 100,031,250 | Variable | Class A-R | $ | 100 | 5.50% |
| Class A-11 | $ | 9,093,750 | Variable | Class M | $ | 17,933,500 | 5.50% |
| Class A-12 | $ | 20,000,000 | Variable | Class B-1 | $ | 8,677,500 | 5.50% |
| Class A-13 | $ | N/A | Variable | Class B-2 | $ | 6,942,000 | 5.50% |
| Class A-14 | $ | 111,440,000 | 5.50% | | | | |

```
</Table>

<Table>
<S>                              <C>
                                 The Class PO Certificates are principal only certificates
                                 and the Class A-13 and Class A-17 Certificates are interest
  CONSIDER CAREFULLY THE RISK     only notional amount certificates. The pass-through rates
  FACTORS BEGINNING ON PAGE       for the Class A-10, Class A-11, Class A-12, Class A-13,
  S-7 IN THIS PROSPECTUS          Class A-16, Class A-17, Class A-18 and Class A-19
  SUPPLEMENT AND ON PAGE 5 IN     Certificates are calculated as described under "Description
  THE PROSPECTUS.                 of the Certificates -- Interest" in this prospectus
                                  supplement.
                                  The assets of the trust will consist primarily of a pool of
                                  30-year conventional fixed-rate mortgage loans secured by
                                  first liens on one- to four-family residential properties.

</Table>
```

THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

Bear, Stearns & Co. Inc. will offer the Class A Certificates and J.P. Morgan Securities Inc. will offer the Class M, Class B-1 and Class B-2 Certificates to the public at varying prices to be determined at the time of sale. The proceeds to the depositor from the sale of these classes of certificates are expected to be approximately 51,138,995,439, plus accrued interest, before deducting expenses. The Class PO Certificates will not be purchased by Bear, Stearns & Co. Inc. or J.P. Morgan Securities Inc. They will be transferred to the seller on or about August 30, 2005 as partial consideration for the sale of the mortgage loans to the depositor. See "Method of Distribution."

BEAR, STEARNS & CO. INC.                                          JPMORGAN
August 26, 2005
<PAGE>
                              TABLE OF CONTENTS

```
<TABLE>
<CAPTION>
PROSPECTUS SUPPLEMENT                                          PAGE
                                                              ----
<S>                                                           <C>
Summary........................................................S-3
Risk Factors...................................................S-7
The Mortgage Pool.............................................S-14
Servicing of Mortgage Loans...................................S-32
Description of the Certificates...............................S-37
Yield, Prepayment and Maturity Considerations.................S-57
Credit Enhancement............................................S-74
Use of Proceeds...............................................S-74
Material Federal Income Tax Consequences......................S-74
Other Taxes...................................................S-78
ERISA Considerations..........................................S-78
Method of Distribution........................................S-80
Legal Matters.................................................S-80
Ratings.......................................................S-80
Principal Balance Schedules...................................S-81
</TABLE>
```

```
<TABLE>
<CAPTION>
PROSPECTUS                                                    PAGE
```