LYSAGHT LAW GROUP LLP
Brian C. Lysaght (Bar. No. 61965)
blysaght@lysaghtlegal.com
233 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone (310) 566-8166

WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth (*pro hac vice*)
dwollmuth@wmd-law.com
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, COLUMBUS LIFE INSURANCE COMPANY, INTEGRITY LIFE INSURANCE COMPANY, and FORT WASHINGTON INVESTMENT ADVISORS, INC.<br><br>       Plaintiffs,<br><br>       v.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES | Case No. 2:11-cv-07166<br><br>Hon. Mariana R. Pfaelzer<br><br>**NOTICE OF APPEAL**<br><br>[Fed. R. App. Proc. 3, 4] |

NOTICE OF APPEAL

CORP., CWALT, INC., CWABS, INC., CWMBS, INC., CWHEQ, INC., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, and JENNIFER SANDEFUR,

Defendants.

NOTICE IS HEREBY GIVEN that all Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order re Substantive Motions to Dismiss filed in this action on June 29, 2012 (attached as Exhibit A)—and deemed entered by operation of law under Federal Rule of Appellate Procedure 4(a)(7)(ii) on November 26, 2012—and all interlocutory orders encompassed in it, including but not limited to the following: Order re Motions to Dismiss filed on March 9, 2012 (attached as Exhibit B); and Order re Motion for Reconsideration and Leave to Amend, or, Alternatively, Entry of Judgment, filed on November 21, 2012 (attached as Exhibit C).

All Plaintiffs further separately appeal from the Order re Motion for Reconsideration and Leave to Amend, or, Alternatively, Entry of Judgment, entered in this action on November 21, 2012 (attached as Exhibit C).

Under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit D.

Under Ninth Circuit Rule 28-2.6 and General Order 2.1, a Statement of Related Cases is attached as Exhibit E.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2012 | By: /s/     Brian C. Lysaght |
| 2 | | Brian C. Lysaght (Bar No. 61965) |
| | | blysaght@lysaghtlegal.com |
| 3 | | LYSAGHT LAW GROUP LLP |
| 4 | | 233 Wilshire Blvd, Suite 700 |
| | | Santa Monica, CA 90401 |
| 5 | | Telephone (310) 566-8166 |
| 6 | | -and- |
| 7 | | David H. Wollmuth (*pro hac vice*) |
| 8 | | dwollmuth@wmd-law.com |
| | | Thomas P. Ogden (*pro hac vice*) |
| 9 | | togden@wmd-law.com |
| 10 | | Steven S. Fitzgerald (*pro hac vice*) |
| | | sfitzgerald@wmd-law.com |
| 11 | | WOLLMUTH MAHER & DEUTSCH LLP |
| 12 | | 500 Fifth Avenue |
| | | New York, New York 10110 |
| 13 | | Telephone:  (212) 382-3300 |
| 14 | | |
| 15 | | *Attorneys for Plaintiffs The Western and Southern Life Insurance Company,* |
| 16 | | *Western-Southern Life Assurance Company, Columbus Life Insurance Company,* |
| 17 | | *Integrity Life Insurance Company and Fort Washington Investment Advisors, Inc.* |
| 18 | | |

-3-
NOTICE OF APPEAL