# Exhibit E

LYSAGHT LAW GROUP LLP
Brian C. Lysaght (Bar. No. 61965)
blysaght@lysaghtlegal.com
233 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone (310) 566-8166

WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth (*pro hac vice*)
dwollmuth@wmd-law.com
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION et al., <br><br> Defendants. | Case No. 2:11-cv-07166 <br><br> Hon. Mariana R. Pfaelzer <br><br> **STATEMENT OF RELATED CASES** <br><br> [9th Cir. R. 28-2.6] |

Exhibit E TO NOTICE OF APPEAL- STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6 and General Order 2.1, Plaintiffs and Appellants state that they are aware of the following related cases pending or previously appealed in the United States Court of Appeals for the Ninth Circuit:

- *Putnam Bank v. Countrywide Financial Corp.*, No. 12-55521, ordered dismissed on April 17, 2012.
- *Stichting Pensioenfonds ABP v. Countrywide Financial Corp.*, No. 11-56642, and *United Financial Casualty Co. v. Countrywide Financial Corp.*, No. 11-57135, consolidated on appeal and currently pending before the Court of Appeals.

The above cases raise related issues, as additional cases involving claims brought by purchasers of residential mortgage-backed securities sold by Countrywide Financial Corp. and its subsidiaries. These appeals also arise out of cases consolidated or coordinated with the instant case for pretrial proceedings under 28 U.S.C. §1407.

Exhibit E TO NOTICE OF APPEAL- STATEMENT OF RELATED CASES

| | |
|---|---|
| Dated:  December 20, 2012 | By: /s/   Brian C. Lysaght |
| | Brian C. Lysaght (Bar No. 61965) |
| | blysaght@lysaghtlegal.com |
| | LYSAGHT LAW GROUP LLP |
| | 233 Wilshire Blvd, Suite 700 |
| | Santa Monica, CA 90401 |
| | Telephone (310) 566-8166 |
| | |
| | -and- |
| | |
| | David H. Wollmuth (*pro hac vice*) |
| | dwollmuth@wmd-law.com |
| | Thomas P. Ogden (*pro hac vice*) |
| | togden@wmd-law.com |
| | Steven S. Fitzgerald (*pro hac vice*) |
| | sfitzgerald@wmd-law.com |
| | WOLLMUTH MAHER & DEUTSCH LLP |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | Telephone:  (212) 382-3300 |

*Attorneys for Plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company and Fort Washington Investment Advisors, Inc.*

Exhibit E TO NOTICE OF APPEAL- STATEMENT OF RELATED CASES